DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CELESTE LINARES,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-103

[May 6, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case Nos. 17-000958 COCE and 19-3462 CACE.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Carri S. Leininger and Maureen Martinez of Williams Leininger & Cosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***